U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 9, 2008                                          United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE § § § | | |
| TODD ENTERTAINMENT § | | CASE NO. 07-44452-DML-7 |
| § § | | |
| Debtor, § § | | |

| | | |
|---|---|---|
| § | | |
| MARILYN D. GARNER, TRUSTEE § | | |
| FOR THE BANKRUPTCY ESTATE § | | |
| OF TODD ENTERTAINMENT, LLC, § § | | |
| Plaintiff, § | | |
| v. § | | ADV. NO. 08-04081-DML-7 |
| § § | | |
| JOSHUA LEROY TODD and § | | |
| BUCKCHERRY WORLDWIDE, LLC § § | | |
| Defendants. § | | |

Memorandum Opinion            - 1 –

| | |
|---|---|
| JOSH TODD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | ADV. NO. 08-04106-DML-7 |
| § | |
| TODD MEAGHER, et al. § | |
| § | |
| Defendant. § | |

## AMENDMENT TO MEMORANDUM OPINION

On November 26, 2008, this court entered its memorandum opinion (the "Opinion") directing transfer of the captioned adversary proceedings to the United States Bankruptcy Court for the Central District of California.  The findings in the Opinion were made solely for the purpose of deciding the transfer issues and were based principally on the pleadings and dockets in the captioned adversary proceedings and the underlying case.  The findings in the Opinion wre not based on testimony or other evidence probative of any fact affecting the merits of the chains or defenses in the captioned adversary proceedings; rather the court was concerned in the Opinion with what the parties' claims and defenses were.  Accordingly, no statement of fact in the Opinion was intended by the court to bind any other court (or this court) or have preclusive effect for any other purpose including in either of the captioned adversary proceedings.

To the extent necessary, the Opinion is modified accordingly.

It is so ORDERED.

# # # # END OF MEMORANDUM OPINION # # # #